```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

GREGORY PAUL VIOLETTE

    v.                                                        Case No. 19-cv-479-PJB

TONI BAKER, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 15, 2020. This action is dismissed in its entirety for failure to state a claim upon which relief can be granted. The clerk is directed to enter judgment and close the case.

                                                         /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

Date: March 8, 2021

cc: GREGORY PAUL VIOLETTE, pro se